UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PATIENCE TUCKER,<br><br>               Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>               Defendant. | Case No. 2:12-cv-0766-APG-CWH<br><br>**Order Accepting Findings and Recommendation and Dismissing Case** |

On March 6, 2014, Magistrate Judge Hoffman entered his Findings and Recommendation (Dkt. #2) recommending both that Plaintiff's Motion for Reversal/Remand (Dkt. #24) be denied, and that Defendant's Cross-Motion to Affirm (Dkt. #25) be granted. No objection has been filed to the Findings and Recommendation. The Court has conducted a de novo review of the issues set forth in the Findings and Recommendation, pursuant to Local Rule IB 3-2. Judge Hoffman's Findings and Recommendation set forth the proper legal analysis, and the factual bases, for the decision. Therefore,

IT IS HEREBY ORDERED that the Findings and Recommendation are accepted.

IT IS FURTHER ORDERED that Plaintiff's Motion for Reversal/Remand (Dkt. #24) is DENIED.

IT IS FURTHER ORDERED that Defendant's Cross-Motion to Affirm (Dkt. #25) is GRANTED, and this case is DISMISSED.

Dated: May 6, 2014.

                                                                             ANDREW P. GORDON<br>
                                                                             UNITED STATES DISTRICT JUDGE